THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY ROME, Also Known as ANTHONY MOSES, Appellant.—

Thompson, J. P., Niehoff, Weinstein and Spatt, JJ., concur.